■ HOTEL & RESTAURANT CLEARANCE CORP., Respondent, *v.* WALZ CREDIT SERVICES, INCORPORATED, Appellant, et al., Defendants.— Order entered on September 7, 1960, denying appellant's motion to vacate a warrant of attachment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens. and Eager, JJ.

■ RHODA SALTER et al., Appellants, v. ISIDORE REISS et al., Doing Business Under the Name of 110 EAST END CO., Respondents.— Order entered on July 14, 1960, denying plaintiffs' motion to remove the above-entitled action from the City Court of the City of New York, County of New York to the Supreme Court of the State of New York, County of New York, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ NICHOLAS CALANNI et al., Appellants, v. JAMES TRANOS, Respondent. — Order entered on April 21, 1960, granting motion for reconsideration but denying preference under subdivision 5 of rule IV of the Bronx County Supreme Court Trial Term Rules modified, on the law, on the facts, and in the exercise of discretion, to the extent of granting such preference and the order is otherwise affirmed, with $20 costs and disbursements to plaintiffs-appellants. Although plaintiffs, in this personal injury and property damage negligence action, have not established extensive special damages, their proof does establish, prima facie, a serious physical injury. In the absence of opposition by defendant or the presentation by defendant of any contradictory or qualifying medical evidence the preference should have been granted (*Vallen* v. *Fifth Ave. Coach Corp.,* 5 A D 2d 769; *Schlesinger* v. *Coleman,* 285 App. Div. 804). Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.; McNally, J., dissents and votes to affirm. The appeal from the ex parte order, entered on or about December 2, 1959, is unanimously dismissed.

■ LUDWIG LAWRENCE, Respondent, v. DECCA RECORDS, INC., et al., Appellants, et al., Defendants.— Order entered on October 25, 1960 in a stockholders' derivative action, granting plaintiff-respondent's motion to examine defendants-appellants before trial, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to appellants, and the motion denied, with $10 costs, with leave to renew on a showing of special circumstances by factual allegations of evidential value. (New York County Supreme Court Trial Term Rules, rule XI; *Van Aalten* v. *Mack,* 7 A D 2d 289; *Aine* v. *Goldberg,* 10 A D 2d 573; *Steinberg* v. *Altschuler,* 12 A D 2d 479.) Concur — Breitel, J. P., McNally, Stevens and Eager, JJ.

■ IRENE R. LACKS, Respondent, v. HAROLD G. LACKS, Appellant.— Order entered on December 5, 1960, denying defendant's motion for a stay of all proceedings and for other relief, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ JACK GOODMAN, Doing Business as KEYSTONE CONTRACTING CO., Respondent, v. DEL-SA-CO FOODS, INC., Appellant, et al., Defendant.— Order entered on June 22, 1960, modifying defendant's demand for a bill of particulars, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between LOCAL 804, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Appellant, and UNITED PARCEL SERVICE OF NEW YORK, INC., Respondent.— Order entered on July 15, 1960, denying appellant's application to vacate an arbitration award and granting respondent's cross motion to affirm said award, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.